[No. 37244-4-II. Division Two. September 8, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS D. MCDONALD, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 07-1-00378-9, James B. Sawyer II, J., entered December 31, 2007. *Reversed* and *remanded* by unpublished opinion per Penoyar, C.J., concurred in by Armstrong and Worswick, JJ.

[No. 38741-7-II. Division Two. September 8, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY JAMES GREENE, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 07-1-00937-7, James J. Stonier, J., entered January 9, 2009. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Bridgewater and Hunt, JJ.

[No. 38979-7-II. Division Two. September 8, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW RYAN HASTINGS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 07-1-01276-1, John P. Wulle, J., entered March 2, 2009. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Penoyar, C.J., and Serko, J. Pro Tem.

[No. 39013-2-II. Division Two. September 8, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. RICKY DEAN DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-01805-1, James R. Orlando, J., entered February 27, 2009. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong and Hunt, JJ.